UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | HON. STANLEY R. CHESLER |
| v. | : | Mag. No. 11-653 |
| THOMAS CRITTEN | : | UNSEALING ORDER |

     This matter having come before the Court upon the application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Jane H. Yoon, Assistant United States Attorney), for an order unsealing the indictment and arrest warrant related to the above-captioned matter, and the unsealing of the indictment and arrest warrant having been authorized by an order dated September 27, 2011 and signed by the Honorable Michael A. Shipp upon the arrest of the defendant, and such arrest having been made, and for good cause shown,

     **IT IS** on this _____7_____ day of October, 2011,

     **ORDERED THAT**, the indictment and arrest warrant related to the above-captioned matter, be, and hereby are, unsealed.

 

HONORABLE STANLEY R. CHESLER
United States District Judge