UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 11-653 (SRC) |
| THOMAS CRITTEN | : | SCHEDULING AND CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Jane H. Yoon, Assistant U.S. Attorney, appearing), and the defendant THOMAS CRITTEN (Donald McCauley, Esq., appearing) for a scheduling and continuance order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and one prior continuance order having been entered, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. The charges in this case are the result of an investigation involving several witnesses and discovery that defense counsel requires adequate time to review;

3. Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

4. Defendant has consented to the aforementioned continuance;

5. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(a), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___7___ day of December 2011,

IT IS ORDERED that this action be, and hereby is, continued from December 10, 2011 through January 31, 2012; and it is further

ORDERED that the period from and including December 10, 2011 through and including January 31, 2012, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7)(a); and it is further

ORDERED that the calendar for this matter shall be as follows:

Pre-trial motions due: __12/20/2012__

Opposition due: __12/30/2012__

Motions hearing: __1/4/2012 @ 10:00__

Trial: __1/10/2012 @ 10:00 am__

_____
HON. STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

_____
Jane H. Yoon
Assistant U.S. Attorney

_____
Donald McCauley, Esq.
Counsel for Thomas Critten

3